IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:13-cv-62527-KMW

**TCA GLOBAL CREDIT MASTER FUND, L.P.,**
a Cayman Islands limited partnership,

                        **Plaintiff,**

vs.

**HARRIS FINANCIAL GROUP, LLC**
a Tennessee limited liability corporation,
and **PATRICIA R. THIELE, as the EXECUTOR
OF THE ESTATE OF WILLIAM R. THIELE,**

                        **Defendants.**
_____/

**PLAINTIFF TCA FUND'S OMNIBUS NOTICE OF ISSUANCE OF
SUBPOENAS FOR VIDEO-TAPED DEPOSITION TO PATRICIA THIELE**

Pursuant to Rule 30(b)(6) and 69 of the Federal Rules of Civil Procedure, Plaintiff **TCA GLOBAL CREDIT MASTER FUND, L.P.**, ("TCA Fund" or the "Plaintiff") by and through his undersigned counsel, hereby gives notice of serving Subpoenas for Deposition in Aid of Execution upon Patricia R. Thiele, as Corporate Representative of Harris Financial Group, LLC, upon Patricia R. Thiele, as Executor of the Estate of William R. Thiele, and upon Patricia R. Thiele, as non-party. Copies of the foregoing Subpoenas, sans Exhibits, are attached hereto and incorporated herein by reference as **Exhibit A**.

Dated: October 30, 2015                          Respectfully submitted,

*Boca Raton, Florida*

                                                                **s/Carl F. Schoeppl, Esq.**
                                                                Carl F. Schoeppl, Esq.
                                                                Florida Bar No. 818518

> Terry A. C. Gray, Esq.
> Florida Bar No. 100732
> *Counsel for Plaintiff TCA*
>   *Global Credit Master Fund, L.P.*
>
> **SCHOEPPL & BURKE, P.A.**
> 4651 North Federal Highway
> Boca Raton, Florida 33431
> Telephone: (561) 394-8301
> Facsimile: (561) 394-3121
> E-mail: carl@schoepplburke.com
> E-mail: tgray@schoepplburke.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and otherwise caused the document to be delivered to the person indicated below in the manner specified below.

> By: **s/Terry A. C. Gray, Esq.**
>   Terry A. C Gray, Esq.
>   *One of the Attorneys for TCA Global*
>     *Credit Master Fund, L.P.*

| Party | Method Of Service | Name, Address, Telephone, and Facsimile of Party's Counsel |
|---|---|---|
| *Harris Financial Group, LLC and Patricia R. Thiele, as Executor of the Estate of William R. Thiele*<br><br>*Judgment Debtor* | Electronic mail | Gregory P. Brown, Esq.<br>Emily W. Morrell, Esq.<br>Hill, Ward, & Henderson, P.A.<br>P.O. Box 2231<br>Tampa, FL 33601-2231<br>Telephone: (813) 221-3900<br>Facsimile: (813) 221-2900<br>Email: gbrown@hwhlaw.com<br>Email: emily.morrell@hwhlaw.com |
| *Patricia R. Thiele*<br><br>*Non-Party* | Federal Express Priority Mail | Patricia R. Thiele<br>918 Highland Point Drive<br>Knoxville, TN 37919 |

\\SBPA\ActiveSB\TCA - Harris Financial\Pleadings\2015 10 30 Omnibus Notice of Filing Subpoena.wpd

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:13-cv-62527-KMW

**TCA GLOBAL CREDIT MASTER FUND, L.P.,**
a Cayman Islands limited partnership,

                       **Plaintiff,**

vs.

**HARRIS FINANCIAL GROUP, LLC**
a Tennessee limited liability corporation,
and **PATRICIA R. THIELE, as the EXECUTOR
OF THE ESTATE OF WILLIAM R. THIELE,**

                       **Defendants.**
_____/

**JUDGMENT CREDITOR TCA GLOBAL CREDIT MASTER FUND, L.P.'S NOTICE OF
VIDEOTAPED DEPOSITION OF HARRIS FINANCIAL GROUP, LLC'S CORPORATE
<u>REPRESENTATIVE IN AID OF EXECUTION</u>**

      **PLEASE TAKE NOTICE** that Judgement Creditor TCA Global Credit Master Fund, L.P. ("TCA Fund"), by and through his undersigned counsel, shall, pursuant to Fed. R. Civ. P. 30(b) and 69, take the videotaped deposition of the following person at the date, time and place indicated:

| **Name** | **Date and Time** | **Place** |
|---|---|---|
| Patricia R. Thiele, Corporate Representative - Harris Financial Group, LLC | Thursday, November 19, 2015 at 10:00 a.m. | Baker Donelson<br>265 Brookview Centre Way<br>Suite 600<br>Knoxville, TN 37919<br>Telephone: (865) 549-7000 |

      The undersigned counsel for Judgement Creditor TCA Global Credit Master Fund, L.P. will examine the witness for Harris Financial, Inc. the matters identified in **Exhibit A**, a copy of which is attached hereto and incorporated herein by reference.

The deposition upon oral examination will take place before a Notary Public or any other officer duly authorized by law to take depositions in the State of Tennessee and will continue from day to day until completed and is being taken for the purpose of discovery, for use at trial, and for such other uses and purposes as permitted under the rules of the Court.  The foregoing deposition will be taken at the offices of Baker Donelson, whose address is 265 Brookview Centre Way, Suite 600 Knoxville, TN 37919.  It will be recorded and administered by Veritext Legal Solutions, One East Broward Boulevard, Suite 1101, Fort Lauderdale, Florida 33301, Telephone: (954) 524-0253, or any notary public or officer authorized by the laws of the State of Tennessee to take acknowledgments, and a person who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.  Pursuant to Fed. R. Civ. P. 30(b)(2), said deposition will also be recorded by videotape (sound and visual) in addition to being stenographically transcribed. The videotape operator for the depositions will be Veritext Legal Solutions,  whose address is One East Broward Boulevard, Suite 1101, Fort Lauderdale, Florida 33301, Telephone: (954) 524-0253. Such oral examinations will continue from hour to hour and from day to day until completed.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

Dated: October 30, 2015                                              Respectfully submitted,

Boca Raton, Florida

        **s/Carl F. Schoeppl, Esq.**
Carl F. Schoeppl, Esq.
Florida Bar No. 818518
Terry A. C. Gray, Esq.
Florida Bar No. 100732
*Counsel for Plaintiff TCA*
   *Global Credit Master Fund, L.P.*

**SCHOEPPL & BURKE, P.A.**

2

>4651 North Federal Highway
>Boca Raton, Florida 33431
>Telephone: (561) 394-8301
>Facsimile: (561) 394-3121
>E-mail: carl@schoepplburke.com
>E-mail: tgray@schoepplburke.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2015, a true and correct copy of the foregoing document was served on the following persons and in the manner as set forth in the Service List below.

>By: **s/Terry A. C. Gray**
>Terry A. C Gray, Esq.
>*One of the Attorneys for TCA Global Credit Master Fund, L.P.*

| Party | Method Of Service | Name, Address, Telephone, and Facsimile of Party's Counsel |
|---|---|---|
| *Harris Financial Group, LLC and Patricia R. Thiele, as Executor of the Estate of William R. Thiele*<br><br>*Judgment Debtor* | Electronic mail | Gregory P. Brown, Esq.<br>Emily W. Morrell, Esq.<br>Hill, Ward, & Henderson, P.A.<br>P.O. Box 2231<br>Tampa, FL 33601-2231<br>Telephone: (813) 221-3900<br>Facsimile: (813) 221-2900<br>Email: gbrown@hwhlaw.com<br>Email: emily.morrell@hwhlaw.com |
| *Patricia R. Thiele*<br><br>*Non-Party* | Federal Express Priority Mail | Patricia R. Thiele<br>918 Highland Point Drive<br>Knoxville, TN 37919 |

\\SBPA\ActiveSB\TCA - Harris Financial\Pleadings\2015 10 30 NoticeDepositionPatriciaThieleHarris30b6On11 19 15 FINAL.wpd

**Exhibit A**

1. The questions, answers, and documents referred to in Judgment Debtors' Responses to Judgment Creditor TCA Global Credit Master Fund, L.P.'s First Request for Post-Judgment Production of Documents and Electronically Stored Information to Harris Financial Group, LLC, and Patricia R. Thiele as the Executor of the Estate of William R. Thiele, a copy of which is attached hereto as **Exhibit B**.

2. The questions, answers, and documents referred to in Judgment Debtors' Responses to Judgment Creditor TCA Global Credit Master Fund, L.P.'s First Request for Post-Judgment Interrogatories to Harris Financial Group, LLC, and Patricia R. Thiele as the Executor of the Estate of William R. Thiele, a copy of which is attached hereto as **Exhibit C**.

3. The questions, answers, and documents referred to in Judgment Debtors' supplemental "Responses to Request for Elaboration on 'Deficient' Responses to Interrogatory", a copy of which is attached hereto as **Exhibit D**

4. Documents Bates Stamped TCA-HFG 1-1615 as produced by TCA Fund.

5. The subject matter and allegations contained in the Complaint in this matter filed on November 18, 2013 in the S.D. Fla.

6. The disbursement and present location of funds loaned by TCA Fund to Harris Financial Group, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.  0:13-cv-62527-KMW

**TCA GLOBAL CREDIT MASTER FUND, L.P.,**
a Cayman Islands limited partnership,

                **Plaintiff,**

vs.

**HARRIS FINANCIAL GROUP, LLC**
a Tennessee limited liability corporation,
and **PATRICIA R. THIELE, as the EXECUTOR
OF THE ESTATE OF WILLIAM R. THIELE,**

                **Defendants.**
_____/

**JUDGMENT CREDITOR TCA GLOBAL CREDIT MASTER FUND, L.P.'S NOTICE OF
VIDEOTAPED DEPOSITION OF PATRICIA THIELE, AS THE EXECUTOR OF
THE ESTATE OF WILLIAM R. THIELE IN AID OF EXECUTION**

      **PLEASE TAKE NOTICE** that Judgement Creditor TCA Global Credit Master Fund, L.P.

("TCA Fund"), by and through his undersigned counsel, shall, pursuant to Fed. R. Civ. P. 30(b)(6)

and 69, take the videotaped deposition of the following person at the date, time and place indicated:

| **Name** | **Date and Time** | **Place** |
|---|---|---|
| Patricia R. Thiele, as the Executor of the Estate of William R. Thiele | Thursday, November 19, 2015 at 10:00 a.m. | Baker Donelson<br>265 Brookview Centre Way<br>Suite 600<br>Knoxville, TN 37919<br>Telephone: (865) 549-7000 |

      The undersigned counsel for Judgement Creditor TCA Global Credit Master Fund, L.P. will

examine Patricia R. Thiele, as the Executor of the Estate of William R. Thiele, on the matters

identified in **Exhibit A**, a copy of which is attached hereto and incorporated herein by reference.

The deposition upon oral examination will take place before a Notary Public or any other officer duly authorized by law to take depositions in the State of Tennessee and will continue from day to day until completed and is being taken for the purpose of discovery, for use at trial, and for such other uses and purposes as permitted under the rules of the Court.  The foregoing deposition will be taken at the offices of Baker Donelson, whose address is 265 Brookview Centre Way, Suite 600 Knoxville, TN 37919.  It will be recorded and administered by Veritext Legal Solutions, One East Broward Boulevard, Suite 1101, Fort Lauderdale, Florida 33301, Telephone: (954) 524-0253, or any notary public or officer authorized by the laws of the State of Tennessee to take acknowledgments, and a person who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.  Pursuant to Fed. R. Civ. P. 30(b)(2), said deposition will also be recorded by videotape (sound and visual) in addition to being stenographically transcribed. The videotape operator for the depositions will be Veritext Legal Solutions,  whose address is One East Broward Boulevard, Suite 1101, Fort Lauderdale, Florida 33301, Telephone: (954) 524-0253. Such oral examinations will continue from hour to hour and from day to day until completed.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

Dated: October 30, 2015                                         Respectfully submitted,

Boca Raton, Florida

                                                                                **s/Carl F. Schoeppl, Esq.**
                                                                                Carl F. Schoeppl, Esq.
                                                                                Florida Bar No. 818518
                                                                                Terry A. C. Gray, Esq.
                                                                                Florida Bar No. 100732
                                                                                *Counsel for Plaintiff TCA*
                                                                                   *Global Credit Master Fund, L.P.*

                                                                **SCHOEPPL & BURKE, P.A.**

                              4651 North Federal Highway
                              Boca Raton, Florida 33431
                              Telephone: (561) 394-8301
                              Facsimile: (561) 394-3121
                              E-mail: carl@schoepplburke.com
                              E-mail: tgray@schoepplburke.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2015, a true and correct copy of the foregoing document was served on the following persons and in the manner as set forth in the Service List below.

                              By: **s/Terry A. C. Gray**
                                  Terry A. C Gray, Esq.
                                *One of the Attorneys for TCA Global*
                                *Credit Master Fund, L.P.*

| **Party** | **Method Of Service** | **Name, Address, Telephone, and Facsimile of Party's Counsel** |
|---|---|---|
| *Harris Financial Group, LLC and Patricia R. Thiele, as Executor of the Estate of William R. Thiele*<br><br>*Judgment Debtor* | Electronic mail | Gregory P. Brown, Esq.<br>Emily W. Morrell, Esq.<br>Hill, Ward, & Henderson, P.A.<br>P.O. Box 2231<br>Tampa, FL 33601-2231<br>Telephone: (813) 221-3900<br>Facsimile: (813) 221-2900<br>Email: gbrown@hwhlaw.com<br>Email: emily.morrell@hwhlaw.com |
| *Patricia R. Thiele*<br><br>*Non-Party* | Federal Express Priority Mail | Patricia R. Thiele<br>918 Highland Point Drive<br>Knoxville, TN 37919 |

\\SBPA\ActiveSB\TCA - Harris Financial\Pleadings\2015 10 30 NoticeDepositionPatriciaThieleExecutorOn11 19 15 FINAL.wpd

## Exhibit A

1. The questions, answers, and documents referred to in Judgment Debtors' Responses to Judgment Creditor TCA Global Credit Master Fund, L.P.'s First Request for Post-Judgment Production of Documents and Electronically Stored Information to Harris Financial Group, LLC, and Patricia R. Thiele as the Executor of the Estate of William R. Thiele, a copy of which is attached hereto as **Exhibit B**.

2. The questions, answers, and documents referred to in Judgment Debtors' Responses to Judgment Creditor TCA Global Credit Master Fund, L.P.'s First Request for Post-Judgment Interrogatories to Harris Financial Group, LLC, and Patricia R. Thiele as the Executor of the Estate of William R. Thiele, a copy of which is attached hereto as **Exhibit C**.

3. The questions, answers, and documents referred to in Judgment Debtors' supplemental "Responses to Request for Elaboration on 'Deficient' Responses to Interrogatory", a copy of which is attached hereto as **Exhibit D**

4. Documents Bates Stamped TCA-HFG 1-1615 as produced by TCA Fund.

5. The subject matter and allegations contained in the Complaint in this matter filed on November 18, 2013 in the S.D. Fla.

6. The disbursement and present location of funds loaned by TCA Fund to Harris Financial Group, LLC.

7. The settlement of the affairs of decedent William Thiele including but not limited to assets, debts, receipts, transfers, and bequests of the Estate of William Thiele.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.  0:13-cv-62527-KMW

**TCA GLOBAL CREDIT MASTER FUND, L.P.,**
a Cayman Islands limited partnership,

                                        **Plaintiff,**

vs.

**HARRIS FINANCIAL GROUP, LLC**
a Tennessee limited liability corporation,
and **PATRICIA R. THIELE, as the EXECUTOR**
**OF THE ESTATE OF WILLIAM R. THIELE,**

                                        **Defendants.**
_____/

## JUDGMENT CREDITOR TCA GLOBAL CREDIT MASTER FUND, L.P.'S NOTICE OF VIDEOTAPED DEPOSITION OF PATRICIA THIELE IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that Judgement Creditor TCA Global Credit Master Fund, L.P. ("TCA Fund"), by and through his undersigned counsel, shall, pursuant to Fed. R. Civ. P. 30(b)(6) and 69, take the videotaped deposition of the following person at the date, time and place indicated:

| Name | Date and Time | Place |
|---|---|---|
| Patricia R. Thiele | Thursday, November 19, 2015 at 10:00 a.m. | Baker Donelson<br>265 Brookview Centre Way<br>Suite 600<br>Knoxville, TN 37919<br>Telephone: (865) 549-7000 |

The undersigned counsel for Judgement Creditor TCA Global Credit Master Fund, L.P. will examine Patricia R. Thiele on the matters identified in **Exhibit A**, a copy of which is attached hereto and incorporated herein by reference.

The deposition upon oral examination will take place before a Notary Public or any other officer duly authorized by law to take depositions in the State of Tennessee and will continue from day to day until completed and is being taken for the purpose of discovery, for use at trial, and for such other uses and purposes as permitted under the rules of the Court.  The foregoing deposition will be taken at the offices of Baker Donelson, whose address is 265 Brookview Centre Way, Suite 600 Knoxville, TN 37919.  It will be recorded and administered by Veritext Legal Solutions, One East Broward Boulevard, Suite 1101, Fort Lauderdale, Florida 33301, Telephone: (954) 524-0253, or any notary public or officer authorized by the laws of the State of Tennessee to take acknowledgments, and a person who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.  Pursuant to Fed. R. Civ. P. 30(b)(2), said deposition will also be recorded by videotape (sound and visual) in addition to being stenographically transcribed. The videotape operator for the depositions will be Veritext Legal Solutions,  whose address is One East Broward Boulevard, Suite 1101, Fort Lauderdale, Florida 33301, Telephone: (954) 524-0253. Such oral examinations will continue from hour to hour and from day to day until completed.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

Dated: October 30, 2015

Boca Raton, Florida

Respectfully submitted,

**s/Carl F. Schoeppl, Esq.**
Carl F. Schoeppl, Esq.
Florida Bar No. 818518
Terry A. C. Gray, Esq.
Florida Bar No. 100732
*Counsel for Plaintiff TCA*
   *Global Credit Master Fund, L.P.*

2

           **SCHOEPPL & BURKE, P.A.**
           4651 North Federal Highway
           Boca Raton, Florida 33431
           Telephone: (561) 394-8301
           Facsimile: (561) 394-3121
           E-mail: carl@schoepplburke.com
           E-mail: tgray@schoepplburke.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 30, 2015, a true and correct copy of the foregoing document was served on the following persons and in the manner as set forth in the Service List below.

          By: **s/Terry A. C. Gray**
            Terry A. C Gray, Esq.
            *One of the Attorneys for TCA Global*
            *Credit Master Fund, L.P.*

| Party | Method Of Service | Name, Address, Telephone, and Facsimile of Party's Counsel |
|---|---|---|
| *Harris Financial Group, LLC and Patricia R. Thiele, as Executor of the Estate of William R. Thiele*<br><br>*Judgment Debtor* | Electronic mail | Gregory P. Brown, Esq.<br>Emily W. Morrell, Esq.<br>Hill, Ward, & Henderson, P.A.<br>P.O. Box 2231<br>Tampa, FL 33601-2231<br>Telephone: (813) 221-3900<br>Facsimile: (813) 221-2900<br>Email: gbrown@hwhlaw.com<br>Email: emily.morrell@hwhlaw.com |
| *Patricia R. Thiele*<br><br>*Non-Party* | Federal Express Priority Mail | Patricia R. Thiele<br>918 Highland Point Drive<br>Knoxville, TN 37919 |

\\SBPA\ActiveSB\TCA - Harris Financial\Pleadings\2015 10 30 NoticeDepositionPatriciaThieleIndivOn11 19 15 FINAL.wpd

**Exhibit A**

1. The questions, answers, and documents referred to in Judgment Debtors' Responses to Judgment Creditor TCA Global Credit Master Fund, L.P.'s First Request for Post-Judgment Production of Documents and Electronically Stored Information to Harris Financial Group, LLC, and Patricia R. Thiele as the Executor of the Estate of William R. Thiele, a copy of which is attached hereto as **Exhibit B**.

2. The questions, answers, and documents referred to in Judgment Debtors' Responses to Judgment Creditor TCA Global Credit Master Fund, L.P.'s First Request for Post-Judgment Interrogatories to Harris Financial Group, LLC, and Patricia R. Thiele as the Executor of the Estate of William R. Thiele, a copy of which is attached hereto as **Exhibit C**.

3. The questions, answers, and documents referred to in Judgment Debtors' supplemental "Responses to Request for Elaboration on 'Deficient' Responses to Interrogatory", a copy of which is attached hereto as **Exhibit D**

4. The subject matter and allegations contained in the Complaint in this matter filed on November 18, 2013 in the S.D. Fla.

5. Patricia Thiele's receipt of benefits from the disbursement, and knowledge regarding, the present location of funds loaned by TCA Fund to Harris Financial Group, LLC.